DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **ANDREA DAVIS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE DANFORTH LLC, SARAH JOYCE, and** )<br>**JOHN JOYCE,** )<br>)<br>**Defendants** )<br>)<br>) | Case No. 3:20-cv-00125 |

### JUDGMENT

**BEFORE THE COURT** is Defendant The Danforth, LLC's ("Danforth") Offer of Judgment pursuant to Fed. R. Civ. P. 68. (ECF No. 42-1). Defendant Danforth in the above-entitled action having served upon the Plaintiff an Offer to allow Judgment to be taken against them as hereinafter set forth, and Plaintiff having within fourteen days after service thereof served written notice upon the defendants that the Offer was accepted, ECF No. 42, and the said Offer and Notice of Acceptance and Proof of Service thereof having been filed by the Plaintiff, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that judgment is awarded in favor of Plaintiff Andrea Davis, and against Defendant Danforth, and Defendant Danforth **SHALL** pay the net sum, inclusive of all costs as defined in Title 5, Chapter 45 of the Virgin Islands Code of one dollar and zero cents ($1.00) within fourteen (14) days of the acceptance of the Offer of Judgment; it is further

**ORDERED, ADJUDGED AND DECREED** that all parties **SHALL** bear their own attorneys' fees and any costs incurred and waive any rights to seek fees and costs from other parties; it is further

**ORDERED** that all claims against Defendant Danforth **SHALL** be dismissed with prejudice, and a settlement agreement and mutual, global release shall be signed, which shall

forever release any and all claims Plaintiff Davis and Defendant Danforth have against one another; it is further

      **ORDERED** that all pending motions be denied as **MOOT**; and it is further

      **ORDERED** that the Clerk of Court **SHALL CLOSE** this case**.**

**Dated:** August 24, 2021                            */s/ Robert A. Molloy*
                                                           **ROBERT A. MOLLOY**
                                                            **Chief Judge**